BANK OF COVINGTON <i>v.</i> PIPER <i>et al.</i>

EVANS, P. J. There was evidence to support the verdict; and as no error of law is complained of, the judgment refusing a new trial is
<i>Affirmed. All the Justices concur.</i>

Submitted January 5,—Decided March 10, 1909.

Complaint. Before Judge Roan. Newton superior court. January 18, 1908.

*R. W. Milner,* for plaintiff. *J. M. Pace,* for defendants.

---

LEE <i>v.</i> PEARSON <i>et al.</i>

ATKINSON, J. The pleadings and evidence were of such character as to show no abuse of discretion in refusing to grant an injunction in this case.          *Judgment affirmed. All the Justices concur.*

Argued January 21,—Decided March 10, 1909

Petition for injunction. Before Judge Felton. Crawford superior court. July 30, 1908.

*R. L. Rodgers,* for plaintiff. *H. A. Mathews,* for defendants.